UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 0:19-cv-62023-DPG

KENDALL AIRPORT COMMERCE CENTER, INC.,

    Plaintiff,

v.

GREAT LAKES INSURANCE SE,

    Defendant.
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Defendant, Great Lakes Insurance SE, and Plaintiff, Kendall Airport Commerce Center, Inc. (the "Parties"), hereby jointly provide notice to the Court that the Parties have reached a settlement with regard to the entirety of this case, and are now drafting, finalizing, and executing settlement documents. Upon Plaintiff's receipt of the confidential and agreed upon consideration to be paid by Defendant, the Parties will file a Motion for Stipulated Voluntary Dismissal with Prejudice. Accordingly, and most respectfully, the Parties request this Honorable Court place this matter in inactive status and toll all pending deadlines, so as to permit the parties thirty (30) days to complete the settlement and file the aforementioned motion seeking to dismiss this lawsuit.

Respectfully and jointly submitted September 15, 2020.

| By: | */s/ Ramon J. Diego* | By: | */s/ David B. Levin* |
|---|---|---|---|
| | Ramon J. Diego, Esq. | | David B. Levin |
| | Florida Bar No. 0689203 | | Florida Bar No. 026394 |
| | ramon@rjdiegolaw.com | | dlevin@bakerdonelson.com |
| | Law Office of Ramon J. Diego, P.A. | | Baker, Donelson, Bearman, |
| | 5001 SW 74th Court, Suite 103 | | Caldwell & Berkowitz, PC |
| | Miami, FL 33155 | | 1 Financial Plaza, Suite 1620 |
| | Telephone: (305) 350-3102 | | Fort Lauderdale, Florida 33394 |
| | Facsimile: (305) 350-3103 | | Telephone: (954) 768-1600 |
| | Counsel for Plaintiff | | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2020, a true and correct copy of the foregoing Notice of Pending Settlement was sent to all attorneys of record electronically via the Court's CM/ECF System including but not limited to the following:

Ramon J. Diego, Esq.
Law Office of Ramon J. Diego, P.A.
The Presto Building
5001 SW 74th Court, Suite 103
Miami, FL 33155
ramon@rjdiegolaw.com
eservice@rjdiegolaw.com
Counsel for Plaintiff

                                                    */s/ David B. Levin*