UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 0:19-cv-62023-DPG

KENDALL AIRPORT COMMERCE CENTER, INC.,

    Plaintiff,

v.

GREAT LAKES INSURANCE SE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Defendant, Great Lakes Insurance SE, and Plaintiff, Kendall Airport Commerce Center, Inc. (together, the "Parties"), by and through undersigned counsel, hereby stipulate, agree, and request that the Court enter an order dismissing all claims in this action *with prejudice*, and with each Party to bear their own costs and attorneys' fees. The Parties respectfully request the Court retain jurisdiction of this matter for the express purpose of enforcing the terms of the Parties' settlement agreement and subsequent release and settlement agreement.

| | |
|---|---|
| By: */s/ Ramon J. Diego*<br>Ramon J. Diego, Esq.<br>Florida Bar No. 0689203<br>ramon@rjdiegolaw.com<br>Law Office of Ramon J. Diego, P.A.<br>5001 SW 74th Court, Suite 103<br>Miami, FL 33155<br>Telephone: (305) 350-3102<br>Facsimile: (305) 350-3103<br>Counsel for Plaintiff | By: */s/ David B. Levin*<br>David B. Levin<br>Florida Bar No. 026394<br>dlevin@bakerdonelson.com<br>Baker, Donelson, Bearman,<br>Caldwell & Berkowitz, PC<br>1 Financial Plaza, Suite 1620<br>Fort Lauderdale, Florida 33394<br>Telephone: (954) 768-1600<br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, a true copy of the foregoing was filed electronically using the CM/ECF system which will send a notice of electronic filing to the following:

Ramon J. Diego, Esq.
Law Office of Ramon J. Diego, P.A.
The Presto Building
5001 SW 74th Court, Suite 103
Miami, FL 33155
ramon@rjdiegolaw.com
eservice@rjdiegolaw.com
Counsel for Plaintiff

                                                */s/ David B. Levin*